ERIC GRANT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JOSE PERALES, <br> Defendant. | CASE NO. 1:25-CR-00156-KES-BAM <br><br> **APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** <br><br> Hearing Date: November 19, 2025 <br> Hearing Time: 2:00 p.m. |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee:    Jose Perales

Detained at (custodian):    North Kern State Prison

Detainee is:

a.)    ☒ charged in this district by:    [X] Indictment    ☐ Information  ☐ Complaint

charging detainee with 18 U.S.C. § 922(g)(1) – Felony in Possession of Ammunition

or

b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

a.)    [ ] return to the custody of detaining facility upon termination of proceedings or

b.)    [ x ] be retained in federal custody until final disposition of federal charges.

Appearance IN PERSON is necessary on **November 19, 2025, at 2:00 p.m.** in the Eastern District of California.

Dated: October 24, 2025

| | |
|---|---|
| Signature: | */s/ Cody Chapple* |
| Printed Name: | Cody S. Chapple |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum  ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on November 19, 2025**, for an in-person appearance at *2:00 p.m* and the detainee shall be retained in federal custody until final disposition of federal charges.

Dated: 10/29/25

_Sheila K. Oberto_
Honorable Sheila K. Oberto
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if applicable): 
USMS #: 
Facility Address: North Kern State Prison, 2737 West Cecil Avenue, Delano, CA
Facility Phone: (661) 721-2345
Currently Incarcerated For: 

☒ Male  ☐ Female
DOB: 04/09/1999
Race: 
FBI#: 327866XD7

**RETURN OF SERVICE**

Executed on: _____    _____
                                         (signature)

WRIT OF HABEAS CORPUS                          3