**FILED**

Nov 04, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>                   v.<br><br>JOSE PERALES,<br><br>                       Defendant. | CASE NO. 1:25-CR-00156-KES-BAM<br><br>**ORDER UNSEALING INDICTMENT** |

      The United States, having applied to this Court under Federal Rule of Criminal Procedure 49.1 and Local Rule 141(f) for the indictment and arrest warrants in the above-captioned proceedings to be unsealed, the Court finds that the need for sealing the indictment has ceased.

      IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed in this case.

Dated:    11/4/25

_____
The Honorable Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1