HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE PERALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00156-KES-EPG |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| JOSE PERALES, | Date:   March 25, 2026 |
| Defendant. | Time:  1:00 p.m. |
| | Judge: Hon. Erica P. Grosjean |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, and Assistant Federal Defender Laura Myers, counsel for Jose Perales, that the status conference currently scheduled for January 28, 2026, at 1:00 p.m. may be continued to March 25, 2026, at 1:00 p.m.

The parties agree and stipulate, and request that the Court find the following. The government has provided initial discovery and has made a plea offer.  The parties are requesting a brief continuance of the status conference to allow for effective defense preparation of the case and ongoing negotiation between the parties.  The requested continuance will conserve time and resources for the parties and the Court.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period to March 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 26, 2026          /s/ Cody Chapple
                                CODY CHAPPLE
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Date: January 26, 2026          /s/ Laura Myers
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSE PERALES

Perales –
Stipulation to Continue Status Conference

2

**O R D E R**

The status conference currently scheduled for January 28, 2026, at 1:00 p.m. is hereby continued to March 25, 2026, at 1:00 p.m. The time period to March 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:    **January 26, 2026**                    /s/ _Erica P. Grosjean_
                                                         UNITED STATES MAGISTRATE JUDGE

Perales –
Stipulation to Continue Status Conference

3