HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSE PERALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-156-KES-EPG |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA HEARING; ORDER** |
| vs. | |
| JOSE PERALES, | Date:   June 8, 2026<br>Time:  9:30 a.m. |
| Defendant. | Judge:  Hon. Kirk E. Sherriff |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Cody Chapple, counsel for plaintiff, Assistant Federal Defender Laura Myers, counsel for Jose Perales, that the Court may vacate the status conference currently scheduled for May 13, 2026, at 1:00 p.m., and set the matter for a change-of-plea hearing on June 8, 2026, at 9:30 a.m., in front of Judge Kirk E. Sherriff.

The parties agree and request that the Court make the following findings:

1.      By previous order, this matter was set for a status conference on May 13, 2026.

2.      Mr. Perales intends to enter an open plea.  An Application for Permission to Enter Plea of Guilty will be filed concurrently with this stipulation.

3.      The parties therefore request that the Court vacate the May 13 status conference and set the matter a change-of-plea hearing on June 8, 2026.

4.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of May 13, 2026, to June 8, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from defense counsel's continued review of discovery and case assessment.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: May 11, 2026
*/s/ Cody Chapple*
CODY CHAPPLE
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: May 11, 2026
*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
JOSE PERALES

Perales – Stipulation to Vacate Status Conference and Set for Change-of-Plea Hearing

2

# O R D E R

IT IS SO ORDERED that the status conference set for May 13, 2026, is vacated. A change of plea hearing is set for **June 8, 2026, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 13, 2026, to June 8, 2026, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **May 12, 2026**                            /s/ *Erica P. Grosjean*
                                                UNITED STATES MAGISTRATE JUDGE

Perales  – Stipulation to Vacate Status Conference and Set for Change-of-Plea Hearing                    3